## BELL v. STATE.
### No. 25680.

Court of Criminal Appeals of Texas.
Jan. 30, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, six months in jail and a fine of $350.

The record is before us without a statement of facts or bills of exception.

Nothing being presented for our review, the judgment of the trial court is affirmed.